# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Twin City Floor Covering Industry Pension Fund
and Twin City Floor Covering Industry Fringe Benefit
Trust Fund

Case No. Civil 01 2153 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Carl Eric Krueger, individually and
d/b/a BUY THE YARD

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff motion for default judgment is GRANTED.

2. Defendant shall product for inspection and audit a complete set of the following business records for the period Sept 2000 through the present: a. All payroll journals; b. All time cards; c. All Internal Revenue 941 quarterly reports forms; d All Internal Revenue W-2 forms for employees of Defendant and the W-3 form s; 3. Defendant's payroll check register and sequential canceled checks form payroll account; and f. All Internal Revenue 1099 and 1096 forms.

3. Defendant is further ordered to produce for inspection such additional records as are deemed necessary to the performance of such audit by representatives of the Plaintiff.

4. Production and inspection shall occur within 10 days for entry of the order a at the premises of Zenith administrators, 7645 Metro Blvd., Mpls., MN 55439-3060

5. The Only issues remaining to be determined are the amount of Plaintiff damages and Plaintiff claim for attorney fees and costs.

6. That the amount of Plaintiffs' damages and claim for attorney fees and costs shall be determined by the Court after hearing.

DATE: February 21, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk