ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiffs,

vs.

CARL ERIC KRUEGER, individually, and d/b/a BUY THE YARD,

Defendant.

Civil No.: 01-2153 PAM/JGL

**ORDER TO SHOW CAUSE**

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendant in civil contempt for failure to obey the Court's previous Order dated February 21, 2002, which ordered Defendant to produce for inspection and audit certain business records for the period September 2000 through the present. Pursuant to that Motion the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on May 30, 2002, at 9:30 a.m. at the United States Courthouse, Courtroom 1, 316 North Robert Street, St. Paul, Minnesota to show cause, if any, why a contempt of court order should not be entered adjudging the Defendant in civil contempt of this Court for continuing to refuse to produce the business records for the period September 2000 through the present and that Defendant should show cause why it should not be committed to confinement until compliance with the Court's Order of February 21, 2002.

APR 22 2002

FILED__________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

BY THE COURT:

Date: April 22, 2002

The Honorable Paul A. Magnuson
United States District Court Judge